United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CENTERS, *et al.*, | No. C 13-882 WHA |
| Plaintiffs, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE** |
| NATIONAL FOOTBALL LEAGUE, *et al.*, | |
| Defendants. | |

By order dated March 13, this action was reassigned to the undersigned judge as related to *Courtney Anderson v. National Football League*, No. 12-6386 WHA, and *Aaron Schobel v. National Football League*, No. 12-06425 WHA. Plaintiffs in all three actions are former National Football League players who filed suit to vacate an arbitration award in favor of defendants National Football League Management Council, Buffalo Bills, Denver Broncos, New York Giants and Philadelphia Eagles. The parties participated in a consolidated arbitration before Arbitrator Michael Beck, who issued one award on December 12, 2012.

On February 28, defendants' motion to consolidate the *Anderson* and *Schobel* actions for all purposes pursuant to Rule 42(a) was granted. The order noted that the two complaints were filed on the same day and appear to be nearly identical copies of each other, albeit brought by different plaintiffs.

On March 8, defendants moved to consolidate the above-captioned case with the *Andereson* and *Schobel* actions. Plaintiffs' opposition or statement of non-opposition thereto

was due by March 22. No response was received. Accordingly, and given the similarity of all three complaints, including the factual allegations and relief requested therein, defendants' motion for consolidation is **GRANTED**. The lead action will be Case No. 12-6386 WHA. The hearing set for April 18 is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 27, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California