UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY CENTERS, ET AL,          No. C-13-0882-DMR

        Plaintiff(s),

v.

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

NATIONAL FOOTBALL LEAGUE, ET AL,

        Defendant(s).
_____/

     Plaintiff Sean Berton is the sole remaining non-settling plaintiff in this matter. By August 7, 2013, Plaintiff Berton and Defendants shall file a joint case management conference statement setting forth their proposal for briefing and scheduling of the cross motions to vacate/enforce the arbitrator's award as to Mr. Berton. These parties shall appear for a case management conference on August 14, 2013 at 1:30 p.m., Courtroom No. 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

     IT IS SO ORDERED.

Dated: July 22, 2013

_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California