REX S. HEINKE (SBN 066163)
(rheinke@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:     (310) 229-1000
Facsimile:      (310) 229-1001

AMIT KURLEKAR (SBN 244230)
(akurlekar@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone:     (415) 765-9500
Facsimile:      (415) 765-9501

DANIEL L. NASH (admitted *pro hac vice*)
(dnash@akingump.com)
MARLA S. AXELROD (admitted *pro hac vice*)
(maxelrod@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:     (202) 887-4000
Facsimile:      (202) 887-4288

Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE MANAGEMENT
COUNCIL AND NEW YORK GIANTS

MARGARET R. PRINZING (SBN 209482)
HARRY A. BEREZIN (SBN 280559)
**REMCHO, JOHANSEN & PURCELL, LLP**
201 Dolores Avenue
San Leandro, CA  94577
Phone: (510) 346-6200
Fax: (510) 346-6201
Email: mprinzing@rjp.com

Attorneys for Plaintiff Sean Berton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY CENTERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, et al.,<br><br>Defendant. | Case No. 13-00882-DMR<br><br>STIPULATED MOTION TO CONFIRM ARBITRATION AWARD AND [PROPOSED] ORDER |

## **STIPULATED MOTION TO CONFIRM ARBITRATION AWARD**

Plaintiff Sean Berton ("Berton" or "Plaintiff") and Defendants National Football League Management Council ("Management Council") and New York Giants ("Giants") (collectively, "Defendants"), through their counsel, file this Stipulated Motion To Confirm Arbitration Award and state as follows:[1]

1. Berton is one of several plaintiffs who initiated this action by filing a complaint on February 22, 2013 to vacate an arbitration award decided on December 12, 2012 by Arbitrator Michael Beck ("Award"). Among other findings, the Award found that former NFL players, including Berton, violated their individual NFL Player Contracts by filing and processing claims for workers' compensation benefits in California, and ordered the players to cease and desist from the pursuit of workers' compensation benefits in the State of California through the withdrawal of their claims against their respective clubs. The complaint, *Centers v. National Football League Management Council*, No. 3:13-cv-00882 WHA (*Centers*), was consolidated with two other complaints filed by other players subject to the Award, *Anderson v. National Football League Management Council*, No.

---

[1] As the Court is aware, a Case Management Conference is scheduled for this matter on August 14, 2013, with a Joint Conference Statement due from the parties today. The parties respectfully request that the Court accept this Stipulated Motion in lieu of a Conference Statement, as the Motion aims to resolve the matter in its entirety.

12-cv-6386 WHA, *Schobel v. National Football League Management Council*, No. 12-cv-06415 WHA.

2. In response to the complaints, the Management Council and the clubs filed counterclaims seeking to confirm and enforce the Award.

3. On July 8, 2013, all of the players in the three consolidated cases agreed to settle their claims against their respective teams, except for Berton. Thus, Berton's claim in *Centers* against the Giants and the Management Council is the only remaining pending claim.[2]

4. Berton, the Giants, and the Management Council respectfully request that the Court enter an Order confirming and enforcing the Award. In accordance with this Order, Berton recognizes that he is bound by the Award and will dismiss the Giants with prejudice from his California workers' compensation claim currently pending before the California Workers' Compensation Appeals Board. Berton also agrees that he will not pursue any claim asserted on his behalf in the *Centers* case against the Giants.

5. The parties agree that nothing in the Award precludes Berton from pursuing any workers' compensation claim against a party other than the Giants.

6. Each party will bear its own costs and fees.

Dated: August 7, 2013

AKIN GUMP STRAUSS HAUER & FELD LLP
Rex S. Heinke
Amit Kurlekar
Daniel L. Nash (admitted *pro hac vice*)
Marla S. Axelrod (admitted *pro hac vice*)


By_____/s/ Amit Kurlekar_____

Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL and NEW YORK
GIANTS

---

[2] The Complaint initially was before the Honorable Judge William H. Alsup. The parties agreed to transfer jurisdiction to Magistrate Judge Donna M. Ryu.

I attest that I have obtained concurrence in the filing of this document from each of the other Signatories below.

Dated: August 7, 2013                By_____/s/ Amit Kurlekar_____


Dated: August 7, 2013                REMCHO, JOHANSEN & PURCELL, LLP


                                     By: _____
                                             Margaret R. Prinzing

                                     Attorney for Plaintiff
                                     SEAN BERTON

## ORDER

The above STIPULATED MOTION TO CONFIRM ARBITRATION AWARD is GRANTED. The Award issued by Arbitrator Michael Beck on December 12, 2012 is hereby confirmed and enforced as to Plaintiff Sean Berton. Berton shall dismiss with prejudice his pending California workers' compensation claim against Defendant New York Giants in accordance with the Award. All parties to bear their own respective costs. [In addition, the Court makes the further orders stated below:] The Case Management Conference scheduled for August 14, 2013 is VACATED.

IT IS SO ORDERED.

Dated: Aug. 8, 2013



Honorable Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE

---

4
STIPULATED MOTION TO CONFIRM ARBITRATION AWARD AND [PROPOSED] ORDER