1    REX S. HEINKE (SBN 066163)
     (rheinke@akingump.com)
2    **AKIN GUMP STRAUSS HAUER & FELD LLP**
     2029 Century Park East, Suite 2400
3    Los Angeles, CA 90067
     Telephone:      (310) 229-1000
4    Facsimile:      (310) 229-1001

5    AMIT KURLEKAR (SBN 244230)
     (akurlekar@akingump.com)
6    **AKIN GUMP STRAUSS HAUER & FELD LLP**
     580 California Street, Suite 1500
7    San Francisco, CA  94104
     Telephone:      (415) 765-9500
8    Facsimile:      (415) 765-9501

9    DANIEL L. NASH (admitted *pro hac vice*)
     (dnash@akingump.com)
10   MARLA S. AXELROD (admitted *pro hac vice*)
     (maxelrod@akingump.com)
11   **AKIN GUMP STRAUSS HAUER & FELD LLP**
     1333 New Hampshire Avenue, N.W.
12   Washington, DC 20036
     Telephone:      (202) 887-4000
13   Facsimile:      (202) 887-4288

14   Attorneys for Defendants
     NATIONAL FOOTBALL LEAGUE MANAGEMENT
15   COUNCIL AND NEW YORK GIANTS

16   MARGARET R. PRINZING (SBN 209482)
     HARRY A. BEREZIN (SBN 280559)
17   **REMCHO, JOHANSEN & PURCELL, LLP**
     201 Dolores Avenue
18   San Leandro, CA  94577
     Phone: (510) 346-6200
19   Fax: (510) 346-6201
     Email: mprinzing@rjp.com
20
     Attorneys for Plaintiff Sean Berton
21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY CENTERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE<br>MANAGEMENT COUNCIL, *et al.*,<br><br>Defendant. | Case No. 13-00882-DMR<br><br>STIPULATED MOTION TO CONFIRM<br>ARBITRATION AWARD AND<br>[PROPOSED] ORDER |

## STIPULATED MOTION TO CONFIRM ARBITRATION AWARD

Plaintiff Sean Berton ("Berton" or "Plaintiff") and Defendants National Football League Management Council ("Management Council") and New York Giants ("Giants") (collectively, "Defendants"), through their counsel, file this Stipulated Motion To Confirm Arbitration Award and state as follows:[1]

1.      Berton is one of several plaintiffs who initiated this action by filing a complaint on February 22, 2013 to vacate an arbitration award decided on December 12, 2012 by Arbitrator Michael Beck ("Award"). Among other findings, the Award found that former NFL players, including Berton, violated their individual NFL Player Contracts by filing and processing claims for workers' compensation benefits in California, and ordered the players to cease and desist from the pursuit of workers' compensation benefits in the State of California through the withdrawal of their claims against their respective clubs. The complaint, *Centers v. National Football League Management Council*, No. 3:13-cv-00882 WHA (*Centers*), was consolidated with two other complaints filed by other players subject to the Award, *Anderson v. National Football League Management Council*, No.

---

[1] As the Court is aware, a Case Management Conference is scheduled for this matter on August 14, 2013, with a Joint Conference Statement due from the parties today. The parties respectfully request that the Court accept this Stipulated Motion in lieu of a Conference Statement, as the Motion aims to resolve the matter in its entirety.

1  12-cv-6386 WHA, *Schobel v. National Football League Management Council*, No. 12-cv-06415

2  WHA.

3      2.      In response to the complaints, the Management Council and the clubs filed

4  counterclaims seeking to confirm and enforce the Award.

5      3.      On July 8, 2013, all of the players in the three consolidated cases agreed to settle their

6  claims against their respective teams, except for Berton.  Thus, Berton's claim in *Centers* against the

7  Giants and the Management Council is the only remaining pending claim.[2]

8      4.      Berton, the Giants, and the Management Council respectfully request that the Court

9  enter an Order confirming and enforcing the Award.  In accordance with this Order, Berton recognizes

10  that he is bound by the Award and will dismiss the Giants with prejudice from his California workers'

11  compensation claim currently pending before the California Workers' Compensation Appeals Board.

12  Berton also agrees that he will not pursue any claim asserted on his behalf in the *Centers* case against

13  the Giants.

14      5.      The parties agree that nothing in the Award precludes Berton from pursuing any

15  workers' compensation claim against a party other than the Giants.

16      6.      Each party will bear its own costs and fees.

18  Dated: August 7, 2013

19                                AKIN GUMP STRAUSS HAUER & FELD LLP
                              Rex S. Heinke
                              Amit Kurlekar

20                                Daniel L. Nash (admitted *pro hac vice*)
                              Marla S. Axelrod (admitted *pro hac vice*)

22                                By_____/s/ Amit Kurlekar_____

23                                Attorneys for Defendants
                              NATIONAL FOOTBALL LEAGUE

24                                MANAGEMENT COUNCIL and NEW YORK
                              GIANTS

---

[2] The Complaint initially was before the Honorable Judge William H. Alsup.  The parties agreed to transfer jurisdiction to Magistrate Judge Donna M. Ryu.

2

STIPULATED MOTION TO CONFIRM ARBITRATION AWARD AND [PROPOSED] ORDER

I attest that I have obtained concurrence in the filing of this document from each of the other Signatories below.

Dated: August 7, 2013                    By_____/s/ Amit Kurlekar_____

Dated: August 7, 2013                    REMCHO, JOHANSEN & PURCELL, LLP


                                         By: _____
                                                  Margaret R. Prinzing

                                         Attorney for Plaintiff
                                         SEAN BERTON

3
STIPULATED MOTION TO CONFIRM ARBITRATION AWARD AND [PROPOSED] ORDER

1

**ORDER**

2 The above STIPULATED MOTION TO CONFIRM ARBITRATION AWARD is GRANTED. The

3 Award issued by Arbitrator Michael Beck on December 12, 2012 is hereby confirmed and enforced as

4 to Plaintiff Sean Berton. Berton shall dismiss with prejudice his pending California workers'

5 compensation claim against Defendant New York Giants in accordance with the Award. All parties to

6 bear their own respective costs. [In addition, the Court makes the further orders stated below:] The

7 Case Management Conference scheduled for August 14, 2013 is VACATED.

8

9 IT IS SO ORDERED.

10 Dated: Aug. 8, 2013

11 

Honorable Donna M. Ryu

UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATED MOTION TO CONFIRM ARBITRATION AWARD AND [PROPOSED] ORDER